Dear Clerk of The Court

FILED - GR
October 8, 2014 11:03 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ald / _____ SCANNED BY AND, 108

My name is Matthew Woodard #13892-040 Case #1:08-cr-191-01 I would like to be appointed a public defender in regards to amendment 782 all drugs -2 and it's impact on my case

Thanks

Matt Woodard

Matthew Woodard #13892-040
F.P.C. Terre Haute
P.O. Box 33
Terre Haute In.
47808