UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW WOODARD,

    Defendant.

_____/

Case No. 1:08-cr-191

HON. JANET T. NEFF

### ORDER

Pending before the Court is Defendant's letter (Dkt 66), which was docketed as a *pro se* Motion to Appoint Counsel in Regards to Amendment 782. The Court, having reviewed the motion, finds that it should be denied without prejudice as premature. Neither the drug amendment nor its retroactive application is effective until November 1, 2014, absent congressional action to the contrary. Therefore,

**IT IS HEREBY ORDERED** that the Motion to Appoint Counsel in Regards to Amendment 782 (Dkt 66) is DENIED WITHOUT PREJUDICE as premature.

Dated: October 9, 2014

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge