UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 1:08–cr–00191–JTN

v.                                   Hon. Janet T. Neff

MATTHEW WOODARD #13892–040,

      Defendant.
_____/

## ORDER HOLDING MOTION IN ABEYANCE

      Defendant has moved for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) on the basis of Amendment 782 of the Sentencing Guidelines, made retroactive by the Sentencing Commission. The Court has determined that defendant's projected release date (as reflected in Bureau of Prisons records) is after November 1, 2016. To enable the Court to reach motions for sentence modification made by defendants with earlier release dates, the Court has determined that motions made by defendants with projected release dates after November 1, 2016, should be held in abeyance, pending resolution of motions made by defendants with earlier release dates. Accordingly:

      IT IS ORDERED that defendant's motion for sentence modification be and hereby is held in ABEYANCE, pending further order of the Court.

      IT IS FURTHER ORDERED that defendant may petition the Court for earlier resolution of the motion, upon a showing that defendant's prospective release date is before November 1, 2016.


Dated:  November 3, 2014        /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge